# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:19-cv-02649-REB-SKC

James Pope,
    Plaintiff,

v.

Bank of America, N.A.,
    Defendant.

___

## STIPULATION TO DISMISS CASE WITH PREJUDICE
___

    Plaintiff James Pope ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") file this Stipulation To Dismiss Case with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff and BANA to be determined by the Court.  Plaintiff hereby stipulates that all claims or causes of action against BANA, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 18, 2020 | Respectfully submitted,<br><br>By:  s/ Erin E. Edwards<br>     Erin E. Edwards<br><br>Justin D. Balser<br>Erin E. Edwards<br>**AKERMAN LLP**<br>1900 Sixteenth Street, Suite 1700<br>Denver, Colorado 80202<br>Telephone: (303) 260-7712<br>Facsimile: (303) 260-7714<br>Email: justin.balser@akerman.com<br>Email: erin.edwards@akerman.com<br><br>*Attorneys for Defendant*<br>*Bank of America, N.A.* |
| Dated:  May 18, 2020 | Respectfully submitted,<br><br>By:  s/ Matthew R. Osborne<br>     Matthew R. Osborne<br><br>Matthew R. Osborne<br>11178 Huron Street, Suite 7<br>Northglenn, CO  80234<br>Telephone: (303) 759-7018<br>Email:  matt@mrosbornelawpc.com<br><br><br>*Attorney for Plaintiff* |

3

## CERTIFICATE OF SERVICE

I certify that on 05/18/20, I served a true and correct copy of the Stipulation to Dismiss Case with Prejudice via CM/ECF to:

All counsel of record

s/ Mike Nobel