# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 19-cv-02649-REB-SKC

JAMES POPE,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the parties' **Stipulation to Dismiss Case With Prejudice** [#28],[1] filed May 18, 2020. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss Case With Prejudice** [#28], filed May 18, 2020, is approved;

2. That plaintiff's claims are dismissed with prejudice, with each party to pay their own attorney fees and costs;

3. That all pending deadlines and hearings, including the combined Final Pretrial/Trial Preparation Conference set January 6, 2021, and trial set to commence January 25, 2021, are vacated; and

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4.  That this case is closed.

Dated May 18, 2020, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge